IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CHRISTOPHER J. WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of government's counsel Jan Lipovsky, and due to an inadvertent error,

IT IS ORDERED that the Rule 35 hearing in this matter is continued until further order of the court. The Rule 35(b) motion (filing 34) shall not be decided until counsel for the government certifies that the motion is ripe.

September 8, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge